# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cedarbaum, Miriam G. | US District Court -SDNY | 4/30/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

US Court House
500 Pearl Street
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee Emerita | Barnard College |
| 2. | Trustee | Trust UWO |
| 3. | Board Member | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Davis Polk & Wardwell Pension | $10,417.11 |
| 2. | 2011 | Museum of Modern Art Pension Trust-Pension | $1,745.88 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Council of Defense Lawyers | September 23-24, 2011 | Doral Arrowwood, Rye Brook, NY | Biennial Retreat | retreat, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 4/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HSBC IRAS | B | Interest | L | T | | | | | |
| 2. Nassau County, NY Bonds-11/15/13 | B | Interest | K | T | | | | | |
| 3. New York State G. O. Bond-11/15/18 | B | Interest | | | Redeemed | 11/15/11 | K | | |
| 4. New York St Dorm Auth Revs ST | A | Interest | J | T | | | | | |
| 5. NY NY Mun WTR Fin Auth-6/15/15 | B | Interest | K | T | | | | | |
| 6. NY NY Mun WTR Fin Auth-6/15/17 | B | Interest | K | T | | | | | |
| 7. | | | | | | | | | |
| 8. HSBC DEPOSIT ACCOUNTS | A | Interest | L | T | | | | | |
| 9. New York Trans Fin-Future Tax Secd - 2/1/13 | B | Interest | K | T | | | | | |
| 10. NYS UDC PIT-3/15/15 | B | Interest | K | T | | | | | |
| 11. NY Thruway Fuel TX MBIA-4/1/13 | B | Interest | K | T | | | | | |
| 12. Long Island Pwr, NY-6/1/13 | B | Interest | K | T | | | | | |
| 13. NY Environmental facs 6/15/13 | B | Interest | K | T | | | | | |
| 14. NY Envirnmntl PIT FGIC 12/15/13 | B | Interest | K | T | | | | | |
| 15. NYS Thruway SVC CTRCT-4/1/14 | B | Interest | K | T | | | | | |
| 16. NY UDC Per Inc TX FGIC-3/15/12 | B | Interest | K | T | | | | | |
| 17. Virgin Island PFA Rum Tax-10/1/18 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 4/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NY ST Thruway Svc CT-11/15/11 | B | Interest | K | T | | | | | |
| 19. New York TWY Fuel TX AMBAC-4/1/20 | B | Interest | L | T | | | | | |
| 20. NY Dorm Mental Health FGIC-2/15/19 | A | Interest | J | T | | | | | |
| 21. Indianapolis Ind Loc Pub Impt-1/1/22 | B | Interest | | | Sold | 07/25/11 | K | | |
| 22. Johnson & Johnson Com | B | Dividend | K | T | | | | | |
| 23. Leucadia National Corp | A | Dividend | K | T | | | | | |
| 24. First Manhattan Cash & Cash Equivalents | | None | J | T | | | | | |
| 25. Brokerage # 1 - Trust UWO | | | | | | | | | |
| 26. -Cash & Equivalents:First Manhattan Co. | A | Interest | N | T | | | | | |
| 27. -RHJ International Common | | None | K | T | | | | | |
| 28. -American Express Common | A | Dividend | K | T | | | | | |
| 29. -Berkshire Hathaway Common | | None | L | T | | | | | |
| 30. -Discovery Hldg Corp Common | | None | M | T | | | | | |
| 31. -Johnson & Johnson, Common | B | Dividend | K | T | | | | | |
| 32. -Leucadia National Corp. | A | Dividend | K | T | | | | | |
| 33. -Onex Corp Common | A | Dividend | L | T | | | | | |
| 34. Loews Corp | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 4/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Walgreen Corp. | B | Dividend | L | T | | | | | |
| 36. | | | | | | | | | |
| 37. -Metropolitan Trans Auth | B | Interest | K | T | | | | | |
| 38. -City of New York Bonds | C | Interest | L | T | Redeemed (part) | 10/24/11 | K | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. -Port of Authority of NY & NJ-01/15/39 | B | Interest | L | T | | | | | |
| 42. -NY ST Housing Auth-9/15/28 | C | Interest | L | T | | | | | |
| 43. Stancorp Finl Group Inc.-6.9%, 6/1/67 | C | Interest | K | T | Buy | 05/27/11 | K | | |
| 44. Stancorp Finl Group Inc.-6.9%, 6/1/67 | C | Interest | L | T | Buy | 03/24/11 | L | | |
| 45. Brookfield Infrastructure | | None | L | T | Buy | 06/03/11 | L | | |
| 46. -Puerto Rico Commonwealth | C | Interest | J | T | Redeemed (part) | 07/01/11 | K | | |
| 47. -William Floyd UN-6/15/20 | B | Interest | L | T | | | | | |
| 48. First Manhattan Co. Rollover IRA | | | | | | | | | |
| 49. -Cash & Equivalents: First Manhattan Bank | A | Interest | N | T | | | | | |
| 50. -RHJ International Common | | None | K | T | | | | | |
| 51. -American Express Common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 4/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Berkshire Hathaway Common | | None | L | T | | | | | |
| 53. -Discovery Hldg Common | | None | M | T | | | | | |
| 54. -Johnson & Johnson Com | B | Dividend | L | T | | | | | |
| 55. -Leucadia National Corp | A | Dividend | L | T | | | | | |
| 56. -Onex Corp Common | A | Dividend | L | T | | | | | |
| 57. Leucadia Natl corp | C | Interest | L | T | | | | | |
| 58. Ascent Media Corp Ser A | | None | J | T | | | | | |
| 59. Ascent Media Corp Ser A | | None | J | T | | | | | |
| 60. Loews Corp. | A | Dividend | L | T | | | | | |
| 61. Walgreen Corp | B | Dividend | L | T | | | | | |
| 62. Bank of America | | None | J | T | | | | | |
| 63. Stancorp Finl Group Inc. | C | Interest | L | T | Buy | 03/24/11 | L | | |
| 64. Brookfield Asset Mgmt Inc | B | Interest | K | T | Buy | 05/10/11 | K | | |
| 65. Stancorp Finl Group | C | Interest | K | T | Buy | 05/27/11 | K | | |
| 66. Brookfield Infrasture | B | Dividend | L | T | Buy | 06/03/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 4/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Reported on 2010's Financial Disclosure Report, Part VII. Investments and Trusts, line 57 US Trust Account (X) was duplicated on line 63 Bank of America. Due to a fianncial institution name change from US Trust to Bank of America, these two lines on 2010's report, Part VII represent the same account and therefore was duplicated. On 2011's Financial Disclosure Report, Part VII, Investments and Trusts, we have included this account on line 62 as Bank of America and have deleted line 57 US Trust account.

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum, Miriam G. | 4/30/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Miriam G. Cedarbaum**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544